1

2

3                                          JS-6

4

5

6
                        UNITED STATES DISTRICT COURT
7
                        CENTRAL DISTRICT OF CALIFORNIA
8

9

10      KATHLEEN M.,[1]                          Case No. EDCV 21-1633-KK

11                           Plaintiff,

12                 v.                             JUDGMENT

13      KILOLO KIJAKAZI, Acting
        Commissioner of Social Security,
14
                             Defendant.
15

16

17           Pursuant to sentence four of 42 U.S.C. § 405(g), IT IS ADJUDGED that the

18      decision of the Commissioner of the Social Security Administration is REVERSED,

19      and this action is REMANDED for further administrative proceedings.

20

21      Dated: October 26, 2022
                                        _____
22                                      HONORABLE KENLY KIYA KATO
                                        United States Magistrate Judge
23

24

25

26

27      _____
        [1]      Partially redacted in compliance with Federal Rule of Civil Procedure
28      5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and
        Case Management of the Judicial Conference of the United States.